THE PEOPLE OF THE STATE OF NEW YORK ex rel. TRUSTEES OF THE MASONIC HALL AND ASYLUM FUND, Appellant, *v.* JAMES L. WELLS et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Trustees Masonic Hall & A. Fund* v. *Wells*, 92 App. Div. 622, affirmed.

(Argued June 2, 1904; decided June 17, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 6, 1904, which affirmed an order of Special Term quashing a writ of certiorari to review the determination of defendants in assessing certain real estate of the relator for taxation and dismissing the proceeding.

*Abel Crook* for appellant.

*John J. Delany, Corporation Counsel (George S. Coleman* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: O'BRIEN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES CAMPBELL, Appellant, *v.* JOHN N. PARTRIDGE, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Campbell* v. *Partridge*, 89 App. Div. 497, affirmed.
(Argued June 3, 1904; decided June 17, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 23, 1904, which affirmed an order of Special Term

denying a motion for a peremptory writ of mandamus to compel the defendant to recognize the relator as a telegraph operator of the police department of the city of New York.

*Ernest L. Crandall* and *Lee Phillips* for appellant.

*John J. Delany, Corporation Counsel* (*James D. Bell* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: O'BRIEN, J.